UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF GREAT LAKES FIRE PROTECTION, INC., a Michigan Corporation, | CASE NO. 08-12385<br><br>JUDGE: GEORGE CARAM STEEH |
| Plaintiff, | |
| vs. | |
| WESTFIELD INSURANCE CO., a foreign Corporation, | |
| Defendant. | |
| _____/ | |

HARRIS, GOYETTE & WINTERFIELD, PLC
ALAN D. PENSKAR  (P-41759)
Attorney for Plaintiff
5111 W. Bristol Road, Suite A
Flint, Michigan  48507
(810) 230-1400

ALBER CRAFTON, PSC
JEFFREY M. FRANK  (P-46916)
Attorney for Defendant
2301 W. Big Beaver Road, Suite 300
Troy, Michigan  48084
(248) 822-6190

_____/

**ORDER RE-OPENING FILE FROM ADMINISTRATIVE CLOSING FOR
THE LIMITED PURPOSE OF DISMISSING THE MATTER WITH PREJUDICE
AND WITHOUT COSTS TO ANY PARTY**

The Court having entered its "Stipulated Order Staying Litigation and Administratively Closing Case" on or about August 13, 2008; the matter having been

1

settled in full; the parties desiring to close the case forever; and this Court being otherwise advised in the premises;

IT IS HEREBY ORDERED that this case is dismissed with prejudice and without costs to any party.


Dated:  December 1, 2010               s/George Caram Steeh
                                       HONORABLE GEORGE CARAM STEEH
                                       United States District Court Judge

APPROVED AS TO FORM AND CONTENT:

s/Alan D. Penskar
ALAN D. PENSKAR  (P-41759)
Attorney for Plaintiff


s/Jeffrey M. Frank with consent
JEFFREY M. FRANK  (P-46916)
Attorney for Defendant